**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　**Plaintiff**<br><br>　　**v.**<br><br>**MANUEL SANTIAGO-RODRIGUEZ ,**<br>　　**Defendant.** | **Criminal No. 09-435 (ADC)** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Marcos E. López on January 4, 2010. (**Docket No. 21**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Manuel Santiago-Rodríguez** be adjudged guilty of the offenses charged in a one (1) count Information (T. 18, U.S.C. § 1326 (a) and (b)(2)) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count One of the Information in the above-captioned case.

**The sentencing hearing is set for March 24, 2010 at 1:15 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 17th day of February, 2010.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**